## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Doreen L. McGovern<br>Debtor(s) | BKY. NO. 15-02175 JJT<br><br>CHAPTER 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of COLONIAL SAVINGS F.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2945

                                Respectfully submitted,

                                **/s/ Thomas Puleo**
                                Thomas Puleo, Esquire
                                James C. Warmbrodt, Esquire
                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 825-6306  FAX (215) 825-6406
                                Attorney for Movant/Applicant