```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                              Case No. 15-02175-RNO
Doreen L. McGovern                                                  Chapter 13
        Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-5           User: AutoDocke            Page 1 of 2             Date Rcvd: Jun 11, 2020
                               Form ID: 3180W             Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2020.
db             +Doreen L. McGovern,    19 Chester Street,    Hanover Township, PA 18706-2723
cr             +Luzerne County Federal Credit Union,    20 Penn Place,    Wilkes-Barre, PA 18702-5517
4669859        +John Fisher,    126 South Main Street,    Pittston, PA 18640-1739
4649053        +John P. McGovern,    19 Chester Street,    Hanover Township, PA 18706-2723
4649057        +John Paul McGovern, Jr.,    19 Chester Street,    Hanover Twp., PA 18706-2723
4768090         Luzerne Bank,    Colonial Savings, F.A.,    2626 B West Freeway,    Fort Worth, TX 76102
4649058        +Luzerne Bank,    118 Main Street,    Luzerne, PA 18709-1254
4649059        +Luzerne County FCU,    200 N. River Street,    Wilkes-Barre, PA 18711-1001
4669860        +Luzerne County Federal Credit Union,    126 South Main Street,    Pittston, PA 18640-1739
4649061        +McGovern Brothers, Inc.,    19 Chester Street,    Hanover Twp., PA. 18706-2723
4649062        +Mildred Luba Tax Collector,    1267 Sans Souci Parkway,    Hanover Twp., PA 18706-5273

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4649050         E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 11 2020 19:35:57      Citizens Bank,
                 1 Citizens Drive,    Riverside, RI 02915
4685503         E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 11 2020 19:35:57      Citizens Bank,
                 443 Jefferson Blvd,    RJW 135,    Warwick RI 02886
4649051         E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 11 2020 19:35:57      Citizens Bank,
                 P O Box 7000,    Providence, RI 02949
4649052        +E-mail/Text: bankruptcydesk@colonialsavings.com Jun 11 2020 19:36:17
                 Colonial Savings & Loan,    2600 West FWY,    Fort Worth, TX 76102-7109
4682644         EDI: RECOVERYCORP.COM Jun 11 2020 23:33:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
4675960         EDI: WFFC.COM Jun 11 2020 23:33:00      Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
                 P.O. Box 19657,    Irvine, CA 92623-9657
4668557         EDI: WFFC.COM Jun 11 2020 23:33:00      Wells Fargo Bank, N.A.,   P.O. Box 19657,
                 Irvine, CA 92623-9657
4649063         EDI: WFFC.COM Jun 11 2020 23:33:00      Wells Fargo Dealer Servs,   Cust Serv-MAC T9017-026,
                 PO Box 168048,    Irving, TX 75016-8048
                                                                                             TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4649056*       +John P. McGovern,    19 Chester Street,    Hanover Township, PA 18706-2723
4649054*       +John P. McGovern,    19 Chester Street,    Hanover Township, pa 18706-2723
4649055*       +John P. McGovern,    19 Chester Street,    Hanover Township, PA 18706-2723
4649060*       +Luzerne County FCU,    200 N. River Street,    Wilkes-Barre, PA 18711-1001
                                                                                    TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              John Fisher    on behalf of Creditor   Luzerne County Federal Credit Union johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              John H. Doran    on behalf of Debtor 1 Doreen L. McGovern jdoran@dorananddoran.com,
               mdoran@dorananddoran.com;ldoran@dorananddoran.com
              Joshua I Goldman    on behalf of Creditor   COLONIAL SAVINGS F.A. josh.goldman@padgettlawgroup.com,
               bkgroup@kmllawgroup.com
              Lisa M. Doran    on behalf of Plaintiff Doreen L. McGovern ldoran@dorananddoran.com,
               ldtripmail@yahoo.com
              Lisa M. Doran    on behalf of Debtor 1 Doreen L. McGovern ldoran@dorananddoran.com,
               ldtripmail@yahoo.com
              Recovery Management Systems Corporation    claims@recoverycorp.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Thomas I Puleo   on behalf of Creditor   COLONIAL SAVINGS F.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Doreen L. McGovern<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1883<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:15–bk–02175–RNO | |

# Order of Discharge                                                                                            12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Doreen L. McGovern
aka Doreen Lee McGovern

**By the court:**

6/11/20

_signature_

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: KarenDavis, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

---

Form 3180W                              **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**