| | |
|---|---|
| In re: | Case No. 15-02175-RNO |
| Doreen L. McGovern | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Dec 15, 2020 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Doreen L. McGovern, 19 Chester Street, Hanover Township, PA 18706-2723 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| John Fisher | on behalf of Creditor Luzerne County Federal Credit Union johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| John H. Doran | on behalf of Debtor 1 Doreen L. McGovern jdoran@dorananddoran.com mdoran@dorananddoran.com;ldoran@dorananddoran.com |
| Joshua I Goldman | on behalf of Creditor COLONIAL SAVINGS F.A. josh.goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Lisa M. Doran | on behalf of Plaintiff Doreen L. McGovern ldoran@dorananddoran.com |

Lisa M. Doran
    on behalf of Debtor 1 Doreen L. McGovern ldoran@dorananddoran.com

Recovery Management Systems Corporation
    claims@recoverycorp.com

Thomas I Puleo
    on behalf of Creditor COLONIAL SAVINGS F.A. tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

In re:

| | |
|---|---|
| Doreen L. McGovern,<br>aka Doreen Lee McGovern, | Chapter 13 |
| **Debtor 1** | Case No. 5:15−bk−02175−RNO |

Social Security No.:
xxx−xx−1883

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: December 15, 2020

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: KarenDavis, Deputy Clerk

**fnldec** (10/20)